**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joshua Douglas TAYLOR,**
**Defendant–Appellant.**

**No. 14–11315**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 5, 2015.

John Ryan Love, Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, Stephen M. Kunz, Assistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Randall Lockhart, Federal Public Defender's Office, Pensacola, FL, Joshua Douglas Taylor, FCI Talladega–Inmate Legal Mail, Talladega, AL, for Defendant–Appellant.

Before MARCUS, JORDAN and JULIE CARNES, Circuit Judges.

---

PER CURIAM:

Chet Kaufman, appointed counsel for Joshua Douglas Taylor in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Taylor's convictions and sentences are **AFFIRMED.**